IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOSE MARTINEZ,

    Plaintiff,

v.                        No. 2:16-cv-01328 KG-SWV

EOG RESOURCES, INC.,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court on Plaintiff's and Defendant's joint motion to dismiss the above entitled and numbered cause with prejudice, and the Court, having considered the motion and being otherwise fully advised in the premises, finds that good cause exists for such motion and it should be granted.

IT IS THEREFORE, ORDERED that Plaintiff's complaint against Defendant EOG Resources, Inc., and all claims thereunder be and the same are hereby dismissed with prejudice.

                                      UNITED STATES DISTRICT JUDGE

Approved by:

By: */s/ Josh A. Harris*
    Josh A. Harris
    Lewis Brisbois Bisgaard & Smith, LLP
    8801 Horizon Blvd., NE, Suite 300
    Albuquerque, NM 87113
    505/828-3600
    Josh.harris@lewisbrisbois.com
    *Attorneys for Defendant*

By: */s/ electronic approval 11-13-17*
Newell Law Firm
10 W Adams Ave #E
Lovington, NM  88260-4052
575-739-6395
mnewell@newelllawnm.com

and

Gary D. Peak
Law Offices of Gary D. Peak
101 W. Main St
Eastland, TX  76448
254-629-1333
peakattys@gmail.com
*Attorneys for Plaintiff*